IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ACCUTEL OF TEXAS, INC. ET AL., § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. B-02-054 |
| § | |
| SOUTHWESTERN BELL TELEPHONE L.P. § | JURY |
| Defendant. § | |

**MOTION FOR LEAVE TO APPEAR AS ATTORNEYS IN CHARGE
FOR PLAINTIFFS ACCUTEL OF TEXAS ET AL.**

Christopher Malish and Mark Foster move for leave to appear as attorneys in charge for plaintiffs Accutel of Texas *et al.* and would respectfully show the Court the following.

1. Christopher Malish and Mark Foster, through the firm of Foster & Malish, L.L.P., are associated with Gilberto Hinojosa, Esq., and the firm of J. A. Magallanes, 1713 Boca Chica, Brownsville, Texas 78520, Mr. Hinojosa and/or other lawyers with his firm will personally participate in the trial of this case.

2. Christopher Malish has been licensed to practice in the State of Texas since November of 1994. He is a member in good standing of the State Bar of Texas and the U.S. District Court for the Western District of Texas. He has never been the subject of disciplinary action by the bar or courts of any jurisdiction in which he is licensed. He has not been denied admission to the courts of any state or to any federal court.

3. Mark Foster has been licensed to practice in the State of Texas since November of 1982. He is a member in good standing of the State Bar of Texas and the U.S. District Court for the Western

District of Texas. He has never been the subject of disciplinary action by the bar or courts of any jurisdiction in which he is licensed. He has not been denied admission to the courts of any state or to any federal court.

4. Christopher Malish and Mark Foster are both familiar with the federal and local rules of procedure and professional conduct applicable in this Court, and will abide by and comply with those strictures as long as this cause of action is pending.

5. Christopher Malish's and Mark Foster's office address, telephone number, and telecopier number are included in the signature block, below.

6. For these reasons, Christopher Malish and Mark Foster ask the Court to grant leave for them to appear before the Court as attorneys in charge for plaintiffs until the conclusion of this cause of action.

>Respectfully submitted,
>
>Mark Foster
>Texas Bar No. 07293850
>Christopher Malish
>Texas Bar No. 00791164
>Foster & Malish, L.L.P.
>1403 West Sixth Street
>Austin, Texas 78703
>(512) 476-8591
>(512) 477-8657/fax
>
>By: _____
>Christopher Malish

## VERIFICATIONS

STATE OF TEXAS         §
COUNTY OF TRAVIS    §

On this day, Christopher Malish appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said he read the foregoing document, the facts in it are within his personal knowledge, and are true and correct.

_____
Christopher Malish

SWORN TO AND SUBSCRIBED before me by Christopher Malish on the 2nd day of April, 2002.


_____
Notary Public in and for the State of Texas

STATE OF TEXAS         §
COUNTY OF TRAVIS    §

On this day, Mark Foster appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said he read the foregoing document, the facts in it are within his personal knowledge, and are true and correct.

_____
Mark Foster

SWORN TO AND SUBSCRIBED before me by Mark Foster on the 2nd day of April, 2002.

 
_____
Notary Public in and for the State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on Geoffrey Amsel, 1010 North St. Mary's Street, Room 1403, San Antonio, Texas 78215, by ~~certified mail, return receipt requested~~/via fax to 210.222.7194.

_____   4-2-02
Christopher Malish