5

United States District Court
Southern District of Texas
FILED

APR 0 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ACCUTEL OF TEXAS, INC. ET AL., Plaintiffs, | § § § | |
| v. | § | Civil Action No. B-02-054 |
| | § | |
| SOUTHWESTERN BELL TELEPHONE L.P. Defendant. | § § § | JURY |

### PLAINTIFFS ACCUTEL OF TEXAS ET AL.'S DEMAND FOR TRIAL BY JURY

Plaintiffs hereby request a trial by jury of all issues so triable in this matter in the event this cause is not remanded to state court.

Respectfully submitted,

Mark Foster
Christopher Malish
Foster & Malish, L.L.P.
1403 West Sixth Street
Austin, Texas 78703
(512) 476-8591
(512) 477-8657/fax

By: _____
Christopher Malish
State Bar No. 00791164

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on Geoffrey Amsel, 1010 North St. Mary's Street, Room 1403, San Antonio, Texas 78215, ~~by certified mail return receipt requested~~/via fax to 210.222.7194.

_____ 4-2-2002
Christopher Malish