IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 0 8 2002
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ACCUTEL OF TEXAS, INC., BUY-TEL COMMUNICATIONS, INC., DIAMOND TELCO, INC., MAX-TEL COMMUNICATIONS, INC., QUICK-TEL COMMUNICATIONS, INC. R TEX COMMUNICATIONS GROUP INC., ROSEBUD COTTON COMPANY, ROSEBUD TELEPHONE, LLC, and TIN CAN COMMUNICATIONS CO., LLC, PLAINTIFFS, VS. SOUTHWESTERN BELL TELEPHONE, L.P. DEFENDANT. | CIVIL ACTION NO. B-02-054 |

## CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

Southwestern Bell Telephone Company, Defendant in the above-referenced matter, identifies the following as interested persons:

SOUTHWESTERN BELL TELEPHONE, L.P.
(Southwestern Bell Telephone, L.P. is a subsidiary of SBC Communications Inc.)

SBC COMMUNICATIONS INC.

Respectfully submitted,

By: _____
Geoffrey Amsel
Attorney in Charge
Texas State Bar No. 01161570
Southern District of Texas Bar No. 22716
1010 N. St. Mary's Street, Room 1403
San Antonio, Texas 78215
Telephone: (210) 886-4805
Telecopier: (210) 222-7194

Eduardo Roberto Rodriguez
Texas State Bar No. 17144000
Southern District of Texas Bar No. 1944
Mitchell C. Chaney
Texas State Bar No. 04107500
Southern District of Texas Bar No. 1918
R. Patrick Rodriguez
Texas State Bar No. 24002861
Southern District of Texas Bar No. 22949
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

ATTORNEY FOR DEFENDANT,
SOUTHWESTERN BELL TELEPHONE, L.P.

## CERTIFICATE OF SERVICE

On this 5th day of April, 2002, a true and correct copy of foregoing was served by certified mail, return receipt requested upon the following:

Mark Foster
Christopher Malish
Foster & Malish, LLP
1403 West Sixth Street
Austin, Texas 78703
   *Attorney for Plaintiff*

_____
Geoffrey Amsel

2

MIDWEST:9279.v1