**ORIGINAL**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**APR 1 2 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ACCUTEL OF TEXAS, INC., ET AL., | § | |
| *Plaintiffs,* | § | |
| | § | **CIVIL ACTION** |
| V. | § | **NO. B-02-054** |
| | § | |
| SOUTHWESTERN BELL TELEPHONE L.P. | § | |
| *Defendant.* | § | **JURY** |

<u>**NOTICE OF APPEARANCE**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, **ACCUTEL OF TEXAS, INC.,** *et al,* and files this its Notice of Appearance and would respectfully show the Court as follows:

**Gilberto Hinojosa of Magallanes, Hinojosa & Mancias, 1713 Boca Chica Blvd., Brownsville, Texas** hereby enters his appearance as co-counsel for Plaintiffs, **ACCUTEL OF TEXAS, INC.,** *et al.*

WHEREFORE, PREMISES CONSIDERED, **Gilberto Hinojosa** respectfully requests that his name be entered as of-counsel for Plaintiffs, **ACCUTEL OF TEXAS, INC.,** *et al .*

Respectfully submitted,

MAGALLANES, HINOJOSA & MANCIAS
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571 - Telephone
(956) 544-4290 - fax

By: _____
    Gilberto Hinojosa
    State Bar No. :09701100
    Federal Id No.: 3425

## **CERTIFICATE OF SERVICE**

I, **Gilberto** Hinojosa, hereby certify that on the  11  day of April, 2002, a true and correct copy of the foregoing document was served on the counsel of record as indicated on the attached service list via certified mail, return receipt requested:

Gilberto Hinojosa