IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



APR 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ACCUTEL OF TEXAS, INC. ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. B-02-054 |
| | § | |
| SOUTHWESTERN BELL TELEPHONE L.P. | § | JURY |
| Defendant. | § | |

### PLAINTIFFS ACCUTEL OF TEXAS ET AL.'S MOTION FOR EXPEDITED HEARING ON PLAINTIFFS' MOTION TO REMAND

TO THE HONORABLE UNITED STATES JUDGE OF SAID COURT:

COME NOW, ACCUTEL OF TEXAS, INC., BUY-TEL COMMUNICATIONS, INC. DIAMOND TELCO, INC., MAX-TEL COMMUNICATIONS, INC., QUICK-TEL COMMUNICATIONS, INC., R TEX COMMUNICATIONS GROUP INC., ROSEBUD COTTON COMPANY, ROSEBUD TELEPHONE, LLC, and TIN CAN COMMUNICATIONS CO., LLC., Plaintiffs and file this their Motion for Expedited Hearing On Plaintiffs' Motion to Remand showing as follows:

I.

On March 25, 2002, Defendant SOUTHWESTERN BELL TELEPHONE L.P., filed its Notice of Removal. On April 12, 2002, Plaintiffs filed their Motion to Remand. The hearing on Plaintiffs' Motion to Remand has yet to be set by this honorable Court. Thus, Plaintiffs respectfully request that the Court set the hearing on Plaintiffs' Motion to Remand as soon as possible.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court grant Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion to Remand and set the hearing on Plaintiffs'

Motion to Remand as soon as possible.

Respectfully submitted,

Mark Foster
Christopher Malish
Foster & Malish, L.L.P.
1403 West Sixth Street
Austin, Texas 78703
(512) 476-8591/(512) 477-8657/fax

AND

Gilberto Hinojosa
Magallanes, Hinojosa & Mancias
1713 Boca Chica Blvd.
Brownsville, TX 78520
(956) 544-6571
(956) 544-4290

By: _____
Gilberto Hinojosa
State Bar No. 09701100
Federal Id No. 3425
Attorneys in Charge for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of April 2002, a copy of the foregoing was served by certified mail, return receipt requested and/or via fax to 210.222.7194 to the following:

| | |
|---|---|
| Mark Foster | Geoffrey Amsel |
| Christopher Malish | 1010 North St. Mary's Street |
| Foster & Malish, L.L.P. | Room 1403 |
| 1403 West Sixth Street | San Antonio, Texas 78215 |
| Austin, Texas 78703 | |

_____
Gilberto Hinojosa