United States District Court
Southern District of Texas
FILED

APR 18 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ACCUTEL OF TEXAS, INC. ET AL., § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> SOUTHWESTERN BELL TELEPHONE L.P. § <br> Defendant. § | Civil Action No. B-02-054 <br><br> JURY |

## PLAINTIFFS CERTIFICATE OF INTERESTED PERSONS

1.  Plaintiffs identify the following as those entities with a financial interest in the litigation:

    a.  All those named in Defendant's Certificate, which is incorporated by reference the same as if set forth at length;

    b.  Plaintiff AccuTel of Texas, Inc. d/b/a 1-800-4-A-PHONE is a Texas corporation headquartered in Dallas, Dallas County, Texas.

    c.  Plaintiff Buy-Tel Communications, Inc. is a Texas corporation headquartered in Colleyville, Tarrant County, Texas.

    d.  Plaintiff Diamond Telco, Inc. d/b/a Diamond Telco-Your Home Telephone Store is a Texas corporation headquartered in San Benito, Cameron County, Texas.

    e.  Plaintiff Max-Tel Communications, Inc. is a Texas corporation headquartered in Alvord, Texas.

    f.  Plaintiff Quick-Tel Communications, Inc. is a Texas corporation headquartered in Bridgeport, Wise County, Texas.

    g.  Plaintiff R TEX Communications Group, Inc. is a Texas corporation headquartered in Whitesboro, Grayson County, Texas.

h. Plaintiff Rosebud Cotton Company is a Texas corporation headquartered in Rosebud, Falls County, Texas.

i. Plaintiff Rosebud Telephone, LLC d/b/a Rosebud Telephone is a Texas limited liability company headquartered in Rosebud, Falls County, Texas; its predecessor, Rosebud Cotton Company is a Texas corporation headquartered in Rosebud, Falls County, Texas.

j. Plaintiff Tin Can Communications Co., L.L.C., is a Texas limited liability company headquartered in Houston, Harris County, Texas.

k. Each plaintiff is a "Competitive Local Exchange Carrier", or "CLEC" – a business attempting to compete with Southwestern Bell in a local service area which Southwestern Bell currently dominates. Each is authorized to provide competitive local telephone service in Texas by the Public Utility Commission of Texas ("PUC"). In addition to the plaintiffs named above, there are currently about 460 other similarly situated CLECs currently authorized by the PUC to resell telephone service in Texas. However, not all of the entities currently certificated have resold Southwestern Bell services, and there may be entities now de-certified which have resold Southwestern Bell services since 1997. Plaintiffs seek to have this litigation proceed as a class action with the named plaintiffs serving as class representatives. The class which plaintiffs seek to represent is composed of all those Competitive Local Exchange Carriers ("CLECs") with less than $25 million in assets which have resold services provided by Southwestern Bell in Texas since 1997 and have paid Southwestern Bell more than the rates set out by the PUC for operation support systems ("OSS") functions.

         Respectfully submitted,

         Mark Foster
         Christopher Malish
         Foster & Malish, L.L.P.
         1403 West Sixth Street
         Austin, Texas 78703
         (512) 476-8591/(512) 477-8657/fax
         By: [signature]
         Christopher Malish
         State Bar No. 00791164
         Attorney in Charge for plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on Geoffrey Amsel, 1010 North St. Mary's Street, Room 1403, San Antonio, Texas 78215, ~~by certified mail return receipt requested~~/via fax to 210.222.7194.

[signature] 4-11-02

Christopher Malish