*12*

United States District Court
Southern District of Texas
FILED

APR 1 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ACCUTEL OF TEXAS, INC., BUY-TEL COMMUNICATIONS, INC., DIAMOND TELCO, INC., MAX-TEL COMMUNICATIONS, INC., QUICK-TEL COMMUNICATIONS, INC. R TEX COMMUNICATIONS GROUP INC., ROSEBUD COTTON COMPANY, ROSEBUD TELEPHONE, LLC, and TIN CAN COMMUNICATIONS CO., LLC,<br><br>PLAINTIFFS,<br><br>VS.<br><br>SOUTHWESTERN BELL TELEPHONE, L.P.<br><br>DEFENDANT. | CIVIL ACTION NO. B-02-054 |

## DEFENDANT SOUTHWESTERN BELL TELEPHONE, L.P.'S
## RESPONSE TO PLAINTIFFS' MOTION FOR EXPEDITED HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Southwestern Bell Telephone, L.P. ("SWBT") was served by certified mail with Plaintiffs AccuTel of Texas et al's Motion for Remand on April 16, 2002. Under the Local Rules of this Court, SWBT's response to that motion is due on or before May 2, 2002 because the motion was filed on April 12, 2002. Plaintiffs AccuTel of Texas et al's Motion for Expedited Hearing on Plaintiffs' Motion to Remand was served on SWBT on April 17, 2002. Plaintiffs' counsel did not confer with SWBT's counsel concerning the disposition of their motion for expedited hearing as required by Local Rule 7.1(d). Therefore, SWBT must file this response to Plaintiffs' motion for expedited hearing.

I.

If Plaintiffs' motion seeks a hearing on the remand issue after SWBT's response is filed, then SWBT does not oppose Plaintiffs' motion for an expedited hearing after May 2, 2002. However, if Plaintiffs seek a hearing before May 2, 2002, the deadline for SWBT's response to be filed, as set by Local Rule 7.4(A) and this Honorable Court's rule 5(C), Civil Procedures of Judge Hilda G. Tagle, then SWBT opposes Plaintiffs' motion.

By: *[signature]*
Geoffrey Amsel *w/ permission M Crostow*
Attorney in Charge
Texas State Bar No. 01161570
Southern District of Texas Bar No. 22716
1010 N. St. Mary's Street, Room 1403
San Antonio, Texas 78215
Telephone: (210) 886-4805
Telecopier: (210) 222-7194

Eduardo Roberto Rodriguez
Texas State Bar No. 17144000
Southern District of Texas Bar No. 1944
Mitchell C. Chaney
Texas State Bar No. 04107500
Southern District of Texas Bar No. 1918
R. Patrick Rodriguez
Texas State Bar No. 24002861
Southern District of Texas Bar No. 22949
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

ATTORNEY FOR DEFENDANT,
SOUTHWESTERN BELL TELEPHONE, L.P.

2

MIDWEST:9188.1

## CERTIFICATE OF SERVICE

On this _____ day of April, 2002, a true and correct copy of foregoing **Defendant Southwestern Bell Telephone, L.P.'s Response to Plaintiffs' Motion for Expedited Hearing** was served by certified mail, return receipt requested upon the following attorney(s) of record:

Christopher Malish
Foster & Malish, LLP
1403 West Sixth Street
Austin, Texas 78703
    *Attorney for Plaintiffs*

Gilberto Hinojosa
Magallanes, Hinojosa & Mancias
1713 Boca Chica
Brownsville, Texas 78520
    *Attorney for Plaintiffs*

_____
Geoffrey Amsel