*15*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 31 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ACCUTEL OF TEXAS, INC. ET AL., Plaintiffs, | § § § | |
| v. | § | Civil Action No. B-02-054 |
| | § | |
| SOUTHWESTERN BELL TELEPHONE L.P. Defendant. | § § § | JURY |

### ORDER ON MOTION FOR LEAVE TO APPEAR AS ATTORNEYS IN CHARGE FOR PLAINTIFFS ACCUTEL OF TEXAS ET AL.

The Court has considered the motion to have Christopher Malish and Mark Foster to appear as attorneys in charge of this case for plaintiffs' AccuTel of Texas *et al*. After considering the evidence and arguments presented by the parties, the Court finds the motion should granted, and accordingly ORDERS that Mark Foster and Christopher Malish are permitted to serve as attorneys in charge for plaintiffs' AccuTel of Texas, *et al* for this matter only.

SIGNED this ___31___ day of ___May___, 2002.

_____
Hilda G. Tagle, Judge Presiding

```
CASE:      1:01-cv-00142
DOCUMENT:  44
DATE:      05/31/02

CLERK:     og
```

44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 31 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JEFFERSON-PILOT LIFE INS. CO. | § § | |
| V. | § § | CASE NO. B-01-142 |
| SORT-RITE INTERNATIONAL, ET AL. | § § § | |

## ORDER GRANTING LEAVE TO EXTEND DISCOVERY DEADLINE

CAME ON this day to be considered the parties' jointly-filed Motion to Extend Discovery Deadline from May 1, 2002 until May 24, 2002. After consideration of this request, the Court finds that the motion has merit and SHOULD BE GRANTED;

IT IS, THEREFORE, ORDERED that the discovery deadline in this case is extended from May 1, 2002 until May 24, 2002.

SIGNED ON this the ___ day of May, 2002.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
CONSTANCE SINGLETON
Attorney for Pino, Metzger, & Finch
215 Bayland Avenue
Houston, Texas 77009