*17*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

JUL 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

ACCUTEL OF TEXAS INC., ET AL §
§
§
versus § CIVIL ACTION NO. B: 02-54
§
§
§
SOUTHWESTERN BELL TELEPHONE, L.P. §

# Order Resetting Conference*

The initial pre-trial conference set for *August 6, 2002,* has been reset to:

## August 12, 2002 at 2:30 p.m.

Signed on ____July 18____, 2002 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*An attorney in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date. [Chamber Rule 4A]