United States District Court
Southern District of Texas
FILED

JUL 26 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ACCUTEL OF TEXAS, INC., ET AL. | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. B-02-054 |
| | § | |
| SOUTHWESTERN BELL | § | |
| TELEPHONE, L.P. | § | |
|    Defendant. | § | |

### APPLICATION FOR PERMISSION TO INTERVENE OF BASICPHONE, INC.

I.

1. Plaintiff intervenor BasicPhone, Inc. ("BasicPhone") is a Texas corporation headquartered at 2207 MacArthur Drive, Orange, Texas, 77630.

2. At all times relevant, like the other plaintiffs in this case, BasicPhone was and is a "Competitive Local Exchange Carrier", or "CLEC" – a business attempting to compete with Southwestern Bell in a local service area which Southwestern Bell currently dominates. Plaintiff is authorized to provide competitive local telephone service in Texas by the Public Utility Commission of Texas ("PUC").

3. BasicPhone has claims identical to those of plaintiffs in this lawsuit, in that it was overcharged for the same OSS function as other plaintiffs. BasicPhone's claims differ from other plaintiffs' only in the number of times and period over which it was overcharged for OSS functions by Southwestern Bell – just as existing plaintiffs' amount of damages already differ from one to another.

4. BasicPhone's intervention will not delay or prejudice the adjudication or rights of the original parties.

5.  WHEREFORE, BasicPhone respectfully requests permission to intervene in the above referenced case pursuant to F.R.C.P. 24(b).

> Respectfully submitted,
>
> Foster & Malish, L.L.P.
> 1403 West Sixth Street
> Austin, Texas 78703
> (512) 476-8591
> (512) 477-8657 fax
>
> By: _____
> Christopher Malish
> State Bar No. 00791164
> Attorneys for BasicPhone, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on Geoffrey Amsel, 1010 North St. Mary's Street, Room 1403, San Antonio, Texas 78215, by certified mail return receipt requested/via fax to 210.222.7194, and Eduardo Rodriguez, P.O. Box 2155, Brownsville, Texas 78522 by certified mail return receipt requested/via fax to 956.541.2170 on this _25th_ day of _July 2002_.

_____
Christopher Malish