

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

*Accutel of Texas, et al* §
versus §
*Southwestern Bell* §
§
§

CIVIL ACTION NO. **B-02-54**

United States District Court
Southern District of Texas
ENTERED
AUG 0 5 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER STRIKING DOCUMENT

The Clerk has filed your *Application to Intervene #18*, however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.4).

5. ☐ Motion does not comply with L.R.7.

   a. ☐ No statement of opposition or non-opposition (L.R.7.2).

   b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).

   c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☑ Other: *No Fed. I.D. # - or motion to Appear Pro Hac Vice*

The document is stricken from the record.

Date: **8/5/02**

_____
UNITED STATES DISTRICT JUDGE