UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
AUG 0 5 2002
Michael N. Milby, Clerk
By Deputy Clerk

*Accutel of Texas* §
versus §
*Southwestern Bell* §   CIVIL ACTION NO. *B-02-54*
§
§

ORDER STRIKING DOCUMENT *Motion For Class Certification #19*

The Clerk has filed your *Motion For Class*; however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.4).

5. ☐ Motion does not comply with L.R.7.

    a. ☐ No statement of opposition or non-opposition (L.R.7.2).

    b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).

    c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☒ Other: *No Fed. I.D. or Motion to Appear Pro Hac Vice*

The document is stricken from the record.

Date: *8/5/02*

*Hilda Tagle*
UNITED STATES DISTRICT JUDGE