UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

AUG 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

Accutel of Texas §
versus §
§ CIVIL ACTION NO. B-02-54
Southwestern Bell §
§

ORDER STRIKING DOCUMENT # 20

The Clerk has filed your Jt Discovery Plan; however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.4).

5. ☐ Motion does not comply with L.R.7.

   a. ☐ No statement of opposition or non-opposition (L.R.7.2).

   b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).

   c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☑ Other: No Fed I.D.

The document is stricken from the record.

Date: 8/5/02

_Hilda Tagle_
UNITED STATES DISTRICT JUDGE