United States District Court
Southern District of Texas
ENTERED

AUG 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ACCUTEL OF TEXAS, INC. ET AL., Plaintiffs, | § § § | |
| v. | § | C.A. No. B-02-54 |
| SOUTHWESTERN BELL TELEPHONE, L.P., Defendant. | § § § § | |

## ORDER

BE IT REMEMBERED that on August __7__, 2002, the Court **GRANTED** Defendant's Motion to Dismiss [Dkt. No. 3] and **DENIED** Plaintiff's Motion to Remand [Dkt. No. 8]. An opinion explaining the Court's reasoning will follow.

The case is hereby **DISMISSED** without prejudice. The initial pretrial conference scheduled in this case is accordingly **CANCELLED**.

DONE this __7th__ day of August at Brownsville, Texas.

Hilda G. Tagle
United States District Judge