United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

Accutel of Texas, Inc., et al         §
                                      §
versus                                §   CIVIL ACTION NO. _B:02-54_
                                      §
S.W. Bell Telephone, L.P.             §
                                      §

ORDER STRIKING DOCUMENT

The Clerk has filed your _Plaintiffs Motion for Reconsideration or New Trial (#27)_; however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☑ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.4).

5. ☐ Motion does not comply with L.R.7.

   a. ☐ No statement of opposition or non-opposition (L.R.7.2).

   b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).

   c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☑ Other: _(4) Fed. I.D # for both counsel listed._

The document is stricken from the record.

Date: _8/23/02_                        _____
                                       UNITED STATES DISTRICT JUDGE