IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ACCUTEL OF TEXAS, INC. ET AL., <br> Plaintiffs, | § <br> § <br> § | |
| v. | § | C.A. No. B-02-54 |
| SOUTHWESTERN BELL TELEPHONE, L.P., <br> Defendant. | § <br> § <br> § | |

### ORDER

The Court hereby **VACATES** its earlier Order [Dkt. No. 28] as per Order Granting Attorneys to Appear as Counsel [Dkt. No. 15].

DONE this 27th of August, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge