United States District Court
Southern District of Texas
FILED

JUN 1 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ACCUTEL OF TEXAS, INC. ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. B-02-054 |
| | § | |
| SOUTHWESTERN BELL TELEPHONE L.P. | § | JURY |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE UNITED STATES JUDGE OF SAID COURT:

COME NOW, ACCUTEL OF TEXAS, INC., BUY-TEL COMMUNICATIONS, INC. DIAMOND TELCO, INC., MAX-TEL COMMUNICATIONS, INC., QUICK-TEL COMMUNICATIONS, INC., R TEX COMMUNICATIONS GROUP INC., ROSEBUD COTTON COMPANY, ROSEBUD TELEPHONE, LLC, and TIN CAN COMMUNICATIONS CO., LLC., Plaintiffs herein and file this their Notice of Appearance of Counsel and would respectfully show the Court as follows:

Plaintiffs have retained Gilberto Hinojosa and Carlos Escobar of Magallanes & Hinojosa, P.C. as counsel assisting Plaintiffs in this cause. Thus, Gilberto Hinojosa and Carlos Escobar of Magallanes & Hinojosa, P.C. hereby enter their respective appearance as "of counsel" for Plaintiffs, ACCUTEL OF TEXAS, INC., BUY-TEL COMMUNICATIONS, INC. DIAMOND TELCO, INC., MAX-TEL COMMUNICATIONS, INC., QUICK-TEL COMMUNICATIONS, INC., R TEX COMMUNICATIONS GROUP  INC., ROSEBUD COTTON COMPANY, ROSEBUD TELEPHONE, LLC, and TIN CAN COMMUNICATIONS CO., LLC.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, ACCUTEL OF TEXAS, INC.,

BUY-TEL COMMUNICATIONS, INC. DIAMOND TELCO, INC., MAX-TEL COMMUNICATIONS, INC., QUICK-TEL COMMUNICATIONS, INC., R TEX COMMUNICATIONS GROUP INC., ROSEBUD COTTON COMPANY, ROSEBUD TELEPHONE, LLC, and TIN CAN COMMUNICATIONS CO., LLC., respectfully requests that the above named counsel be entered as attorneys for Plaintiffs.

Respectfully submitted,

**MAGALLANES & HINOJOSA, P.C.**
1713 Boca Chica Blvd.
Brownsville, Texas 78520
Tel: (956) 544-6571
Fax: (956) 544-4290

By: _____
Gilberto Hinojosa
State Bar No. 09701100
Fed Id. No. 3425
Carlos Escobar
State Bar No. 24025351
Fed. ID No.: 25649
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of June 2005, a copy of the foregoing was served by certified mail, return receipt requested to the following:

Mark Foster
Christopher Malish
Foster & Malish, L.L.P.
1403 West Sixth Street
Austin, Texas 78703


Geoffrey Amsel
1010 North St. Mary's Street
Room 1403
San Antonio, Texas 78215

Carlos Escobar